## WINDSOR COUNTY.

### FEBRUARY TERM, 1842.

STATE *v.* The PRESIDENT, DIRECTORS and COMPANY of the BANK OF WINDSOR.

On an information and *scire facias* against a corporation to vacate their charter, and a verdict, finding the facts charged to be true, and a memorial, professing to show cause against a judgment of forfeiture, the counsel for the memorialists will open the argument.

THIS was an information by the states attorney of the county of Windsor, setting forth certain violations of their charter by the defendants, and a *scire facias* to show cause why the charter should not be declared forfeit, and, therefore, vacated. The cause had been sent to the county court for trial of the facts by the jury, and had been returned with a verdict finding them substantially as alleged in the informa-

tion. The defendants now came into this court with a me- <span>Washington, March, 1842.</span>
morial professing to show reasons why the charter should
not, in equity and good conscience, be declared vacated.
After the papers were read a question was made which party
should open the argument.

The court held, that as the defendants were now attempt-
ing to show cause against the judgment of forfeiture, and to
do this by maintaining their memorial, they should open the
argument.